United States Bankruptcy Court

Western District of Michigan

In re:                                                                                                          Case No. 24-01801-jwb

Edward John Witkowski                                                                         Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0646-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 13, 2024 | Form ID: jdg11 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Perry G Pastula, 2745 De Hoop Ave SW, Wyoming, MI 49509-1867 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2024                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory L. Jenkins | on behalf of Creditor Terry Rogers  Trustee of the Marcia Bellinger Trust gljenkins@krlawtc.com, jwdalton@krlawtc.com;spvankersen@krlawtc.com |
| John Anthony Di Giacomo | on behalf of Creditor Jeff Niedorfler john@revisionlegal.com |
| Joseph J. Bellinger | on behalf of Creditor Terry Rogers  Trustee of the Marcia Bellinger Trust bellingerlegal@gmail.com |
| Kelly M. Hagan | kelly@haganlawoffices.com  kh@trustesolutions.com;KH@trustesolutions.net;ckmh11@trustesolutions.net |
| Kevin M. Smith | on behalf of Trustee Kelly M. Hagan ksmith@bbssplc.com  kevinsmith92@hotmail.com |
| Paul Ira Bare | |

District/off: 0646-1                    User: admin                      Page 2 of 2
Date Rcvd: Sep 13, 2024                 Form ID: jdg11                    Total Noticed: 1

           on behalf of Debtor Edward John Witkowski lawofficecourtdocs@gmail.com

Perry G. Pastula

           on behalf of Creditor Perry G Pastula bankruptcy@dunnsslaw.com

Perry G. Pastula

           on behalf of Plaintiff Olivia Scholten bankruptcy@dunnsslaw.com

Perry G. Pastula

           on behalf of Creditor Olivia Scholten bankruptcy@dunnsslaw.com


TOTAL: 9

**Form JDG11** (03/15)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Edward John Witkowski**<br>4678 Lands End<br>Traverse City, MI 49686<br>SSN: xxx–xx–7777<br><br>**Debtor** | **Case Number 24–01801–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

## NOTICE TO PARTIES IN INTEREST OF HEARING

   YOU ARE HEREBY NOTIFIED that a hearing will be held at the United States Bankruptcy Court, Logan Place West, 3249 Racquet Club Drive, Traverse City, MI 49684 on **October 15, 2024** at **10:00 AM** to consider and act upon the following matter:

### Motion for Entry of an Order Granting Olivia Scholten Relief from the Automatic Stay to Continue Prosecution of Grand Traverse County Circuit Court Action Against Debtor and Co–Defendants (DN 32)

The parties should consult the "Remote Hearing Procedures" notice on the court's website, https://www.miwb.uscourts.gov/content/judge–james–w–boyd, for information concerning court appearances.

If you want the court to consider your views on this matter, attend the hearing on the date stated above.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)

You or your attorney may wish to file a written response to the motion explaining your position. Any response shall be mailed to the Clerk of the United States Bankruptcy Court, One Division Ave., N., Grand Rapids, Michigan 49503, and should be received by the Clerk at least 7 (seven) days before the above hearing date. A copy of your responses should also be mailed upon the opposing party and his/her attorney.

If you or your attorney do not take these steps, the court may decide to grant the relief sought in the motion and may enter an order granting relief requested.

Michelle M. Wilson
CLERK OF BANKRUPTCY COURT

**Dated:** September 13, 2024                           /S/_____
                                                                                J. Koerth
                                                                                Deputy Clerk

 A copy of this notice returned to Perry Pastula, Esq. on September 13, 2024 for service upon interested parties .

NOTICE IS HEREBY GIVEN THAT THE COURT MAY, in its discretion, orally continue or adjourn the above hearing on the record in open court. If this occurs, parties in interest <u>will not</u> be given further written notice of the continued or adjourned hearing. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the clerk's office of the United States Bankruptcy Court located at One Division Ave., N., 2nd Floor, Grand Rapids MI 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 6:00 p.m. Monday through Friday, CST at (800) 676–6856 or via its web site at http://pacer.psc.uscourts.gov