**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)**

IN THE MATTER OF:

Edward John Witkowski                    Bankruptcy Case No. 24-01801-jwb
                                         Honorable James W. Boyd
                                         Chapter 7

                    Debtor.
_____/

## STIPULATION EXTENDING DEADLINE FOR TRUSTEE TO OBJECT TO DEBTOR'S DISCHARGE

Chapter 7 Trustee, Kelly M. Hagan ("Trustee"), and the Debtor, Edward John Witkowski ("Debtor"), by and through their respective attorneys agree to the entry of the attached Order extending the deadline for the Trustee or the Office of the United States Trustee to file a complaint seeking the denial of the Debtor's discharge pursuant to 11 U.S.C. §727(a)(2) through (7); the Court being fully advised in the premises.

AGREED:

BEADLE SMITH, PLC                        BARE & CLOUGH

/s/ Kevin M. Smith                       /S/   Paul Bare
By: Kevin M. Smith (P48976)              By: Paul Ira Bare (P          )
Attorneys for Trustee                    Attorneys for Debtor
PO Box 70656                             3281 Racquet Club Dr., Suite Unit C
Rochester Hills, MI 48307                Traverse City, MI 49684
(586) 850-1492                           (231) 946-4901
ksmith@bbssplc.com                       lawofficecourtdocs@gmail.com

Dated: 9/12/24                           Dated: 9/24/24

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)**

**IN THE MATTER OF:**

Edward John Witkowski                                  Bankruptcy Case No. 24-01801-jwb
                                                                          Honorable James W. Boyd
                                                                          Chapter 7

            Debtor.
_____/

**ORDER EXTENDING DEADLINE FOR TRUSTEE**
**TO OBJECT TO DEBTOR'S DISCHARGE**

PRESENT: **HONORABLE JUDGE BOYD**
United States Bankruptcy Judge

This matter having come before this Honorable Court based upon the Stipulation Extending Deadline to file a complaint Objecting to Debtor's Discharge pursuant to 11 U.S.C. §727(a)(2) through (7), and the Court being fully advised in the premises;

**NOW THEREFORE,**

**IT IS SO ORDERED** that the Trustee, Kelly M. Hagan, or any successor Trustee, and the Office of the United States Trustee, shall have until December 9, 2024 to file a complaint objecting to the Debtor's Discharge pursuant to 11 U.S.C. §727(a)(2) through (7).

**END OF ORDER**

Prepared by:
Kevin M. Smith (P48976)
Beadle Smith, PLC
PO Box 70656
Rochester Hills, MI 48307
(586) 850-1492